ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 OCT -9 P 1: 20

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JULIO JOMARRON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 312-060 |
| | ) |
| WALT WELLS, Warden, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition filed pursuant to § 2241 is **DISMISSED** without prejudice based on Petitioner's failure to exhaust his administrative remedies, and this civil action is **CLOSED**.

SO ORDERED this ___ day of October, 2012, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE